# CABANILLAS & ASSOCIATES, P.C.
A NY PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

120 BLOOMINGDALE ROAD, SUITE 400
WHITE PLAINS, NEW YORK 10605

PHONE: 914-385-0292
FAX: 914-615-6516

Reply to White Plains Office

CHRISTOPHER R. CABANILLAS *◊
WENDY MARIE WEATHERS *
ATHEEB U. KHATEEB *◦◊
LUZ A. LIZARAZO *
PATRICIA M. LATTANZIO*◊
QUENTEN E. GILLIAM*◦
SETH M. LEVY*◦
ROLFI J. ADON*◦
PHIONAH N. BROWN*
PAOLA D. VERA*◦
IRENE M. COSTELLO*^
LAUREN M. OSA *‡

OF COUNSELS:
JAMES R. WITTSTEIN◊
FRANK DANZI◦
SAWSAN Y. ZAKY*◦◊
VICTORIA LEHNING*
YALISSA ALFARO◦
STEPHEN W. FLYNN*

Admitted In:
* New York
◦ New Jersey
◊ Connecticut
^ Pennsylvania
‡ Florida

Queens Office:
88-30 Sutphin Blvd.
Jamaica, NY 11435

Brooklyn Office:
3916 5th Avenue
Brooklyn, NY 11217

Bronx Office:
1452 Westchester Ave.
Bronx, NY 10468

Suffolk Office:
781 Suffolk Avenue, 2nd Floor
Brentwood, NY 11717

New Jersey Office:
4100 Kennedy Blvd., Suite 102
Union City, NJ 07087

New Jersey Office:
825 Georges Road
North Brunswick, NJ 08902

Connecticut Office:
One Stamford Plaza
263 Tresser Blvd, 9th Flr
Stamford, CT 06901

April 17, 2018

**Via: EFile**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 1004

Re: Lee Wong Case No 18-10095

Dear Honorable Judge Morris,

The Debtor respectfully requests an adjournment for the upcoming Section 341 Meeting of Creditors, scheduled for April 20th to May 25th, 2018 at noon. The Chapter 13 Trustee has agreed to this as we are currently waiting for the debtor's wife to provide us with a power of attorney, in order for her to be able to attend the 341 meeting of creditors; as the Debtor is unable to appear. This letter is being served on all creditors. Thank you for your consideration of this request.

Very truly yours,

Irene Costello, Esq.