UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lee Wong,

Debtor(s)

Case No. 18-10095 (cgm)

Chapter 13

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: Rushmore Loan Management Services / Wilmington Savings Fund Society

**Property Address**: 12106 Purple Sage Ct, Reston, VA 20194

**Last Four Digits of Account Number of Loan**: 4684

**File Date of Loss Mitigation request**: 5 / 3 / 2018

**Date of Entry of Loss Mitigation Order**: N/A

**Date of Entry of Order Approving Settlement (*if any*)**: N/A

**Other Requests for Loss Mitigation in this Case**: X Yes ___ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

☐ Loan modification   ☐ Surrender of property

☐ Short sale   ☐ No agreement has been reached

X Other: Duplicate Loss Mitigation Request. Loss Mitigation is ongoing.

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

**Dated: May 28, 2019**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**