UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                          :    Case No. 18- 10095  (cgm)
                                                :
 Lee Wong                                       :    Chapter  13
_____,                        :
                                                :
                            Debtor(s)   :
_____:

**ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT**

**Name of Creditor**: Rushmore Loan Management Services / Wilmington Savings Fund Society

**Property Address**: 12106 Purple Sage Court, Reston, VA 20194

**Last Four Digits of Account Number of Loan**:  4684

**File Date of Loss Mitigation request**:  9/4/2018

**Date of Entry of Loss Mitigation Order**:  N/A

**Date of Entry of Order Approving Settlement (*if any*)**:  N/A

**Other Requests for Loss Mitigation in this Case**:  X  Yes        ____ No

    The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

☐    Loan modification                    ☐    Surrender of property

☐    Short sale                           ☐    No agreement has been reached

☒    Other:    Duplicate request.  Loss mitigation is ongoing.

    **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: May 28, 2019**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**