# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Ernest A. Yazzetti, Jr.**
*Associate Attorney*
(914) 345-3020, ext. 364
ey@kkmllp.com

July 5, 2019

**VIA ECF**
Chief Judge Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:    In re: Lee Wong
               Case No: 18-10095-cgm

Dear Chief Judge Morris:

    This office represents Rushmore Loan Management Services, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, a secured creditor in the above-referenced matter.

    Please allow this letter to serve as a loss mitigation status update.

    On February 5, 2019, the Creditor Loss Mitigation Affidavit was filed and served, designating the undersigned as the firm's Loss Mitigation attorney. At the June 13, 2019 status conference, we advised that no documents have been received during Loss Mitigation and a final adjournment was granted to allow Debtor to submit a package. As of the filing of this letter, our office has still not received any documents. Accordingly, our office will respectfully request termination of Loss Mitigation at the upcoming status conference scheduled for July 11, 2019.

    Should you have any questions, please do not hesitate to contact me.

                              Respectfully,
                              **Knuckles, Komosinski & Manfro, LLP**

                              /s/ Ernest A. Yazzetti, Jr., Esq.
                              Ernest A. Yazzetti, Jr., Esq.
                              Counsel for Rushmore Loan Management Services, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust

CC:    All Counsel - VIA ECF

**New Jersey Office** 50 Tice Boulevard, Suite 183 | Woodcliff Lake, NJ 07677 | Tel (201) 391-0370 | eFax (201) 781-6744