Communication Attempts –
w/ Irene Costello

Case No: 18-10095-cgm

Re: WMB

FILED
U.S. BANKRUPTCY COURT
2019 SEP 26 P 12: 18
S.D. OF N.Y.













Text messages to Irene Costello:

> woman/attorney and frightened client. I just need you to know I am terrified about what could happen if you aren't part of this.

> I spoke with the partner and Judge we are working on a solution I just need a little time... in the meantime you should submit the loan modification paperwork

---

> Hi Irene, it's Dinine wondering where this is and if we have a new court date following the July 17th continuance?

> Re: Wong

> Hi, I'm in the middle of something at the moment but let me follow up and get back to you tomorrow

> Ok

Thu, Aug 22, 2:22 PM







**Thu, Sep 5, 10:08 AM**

Last we spoke you were trying to clear some conflicts with your firm and then I asked for the new court date — you ghosted me. How should I react?

**Mon, Sep 9, 5:50 PM**

Irene I've spoken to 3 attorneys who would not take my case. The last one Robert Reich said there were "mistakes" that have to be fixed." I put my trust in you and I know you understand how important this is to my family. I need to have a conversation with you. Please stop ghosting me, it's not only hurtful, it's unbecoming - woman to woman.

Delivered