UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

In re:

    Lee Wong,

                      Debtor(s).

------------------------------------------------x

Chapter 13
Case No. 18-10095 (CGM)

# ORDER TO SHOW CAUSE

**WHEREAS** on September 12, 2019, Lee Wong (the "Debtor") filed a letter regarding the dismissal of this chapter 13 case ("Debtor's Letter"), stating, among other things, that he retained Irene M. Costello (the "Debtor's Attorney") formerly of the law firm, Cabanillas & Associates, PC, to assist with the Debtor's chapter 13 bankruptcy case;

**WHEREAS** on September 26, 2019, a hearing was held on Debtor's Letter, and issues regarding the representation of the Debtor by Irene Costello and Cabanillas & Associates were raised upon the record of that hearing; **AND NOW, THEREFORE, IT IS HEREBY**

**ORDERED** the Debtor's Attorney, Irene Costello and a representative from Cabanillas & Associates, PC, who is familiar with this file, **APPEAR** before the Court on October 24, 2019 at 9:30 a.m. at the United States Bankruptcy Courthouse located at One Bowling Green, New York, NY 10004 and **SHOW CAUSE** why the fees should not be disgorged or disallowed, pursuant to §§ 329 and 330, and New York Rules of Professional Conduct Rule 1.1 for allegedly failing to provide competent representation to the Debtor during this case.



**Dated: September 30, 2019**
      **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**